RPOST INTERNATIONAL
LIMITED, Appellant,

v.

UNITED STATES POSTAL SERVICE,
Cross–Appellant.

Nos. 2014–1497, 2014–1501.

United States Court of Appeals,
Federal Circuit.

April 10, 2015.

Henry Ben–Zvi, Santa Monica, CA, argued for appellant.

Kimberly Anne Demarchi, Lewis Roca Rothgerber LLP, Phoenix, AZ, argued for cross-appellant. Also represented by Shane E. Olafson.

CHEN, BRYSON, and HUGHES, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.